UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80012-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**KELVIN RODRIGUEZ-DELEON**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart Following Change of Plea Hearing [ECF No. 29]. On March 15, 2023, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 27] during which Defendant pled guilty to Count 1 of the Indictment [ECF No. 3] pursuant to a written factual proffer [ECF No. 28]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 1 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Count 1 [ECF No. 3]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 29] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Kelvin Rodriguez-DeLeon** as to Count 1 of the Indictment is **ACCEPTED**.

CASE NO. 23-80012-CR-CANNON

3. Defendant **Kelvin Rodriguez-DeLeon** is adjudicated guilty of Count 1 of the Indictment, which charges him with illegal reentry of deported alien, in violation of 8 U.S.C. § 1326(a) and (b)(1) [ECF No. 3].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 13th day of April 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record